**UNITED STATES BANKRUPTCY COURT**

Northern District of West Virginia

| | |
|---|---|
| In Re: Charles Arthur Corwin, III<br>Debtor | Case No.: 1:16−bk−01038<br>Chapter 13 |
| Corwin Place, LLC ,<br><br>Charles A. Corwin, III<br><br><br><br><br><br>Plaintiff(s)          v. | Premier Bank, Inc. ,<br><br>Unique Homes, LLC,<br>Defendant/Cross−Defendant/Cross−Claimant<br>The Thrasher Group, Inc., Defendant/Cross−Claimant/3rd<br>Party Plaintiff/Cross Defendant/Counter−Defendant<br>Dan Ryan Builders West Virginia, LLC, 3rd Party<br>Defendant/Cross Defendant/Counter−Claimant<br>Defendant(s) |
| Adv. Proc. No. 1:16−ap−00048 | Judge: Patrick M. Flatley |

PLEASE TAKE NOTICE that a Telephonic Hearing will be held on

2/6/18 at 10:30 AM

to consider and act upon the following:

*113* − Notice of Scheduling Conflict and Motion to Modify Date of Final Pretrial Conference with Certificate of Service Filed by The Thrasher Group, Inc.. (Attachments: # 1 Exhibit Amended Scheduling Order) (Taylor, Chad)

**THE COURT WILL INITIATE THE CONFERENCE CALL. PARTIES MAY PARTICIPATE IN THE CONFERENCE/HEARING TELEPHONICALLY AT THE DIAL IN NUMBER OF: 1−877−848−7030 AND ENTERING ACCESS CODE: 6500181 .**

| | |
|---|---|
| Dated: 1/9/18 | Ryan W. Johnson<br>Clerk, U.S. Bankruptcy Court<br><br>BY:<br>Amanda Recchio.<br>Deputy Clerk<br>Post Office Box 70<br>Wheeling, WV 26003<br>304−233−1655 |