Order Entered.

*Patrick M. Flatley*
Patrick M. Flatley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| *In re*: ) | |
| ) | |
|     CORWIN PLACE, LLC ) | Case No. 1:16-bk-750 |
| ) | |
|     Debtor. ) | Chapter 11 |
| ) | |
| CORWIN PLACE, LLC, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | Adversary Proceeding No. 1:16-ap-48 |
| PREMIER BANK, INC., UNIQUE HOMES, ) | |
| LLC, and THE TRASHER GROUP, INC. ) | |
| ) | |
|     Defendants, ) | |
| and ) | |
| ) | |
| THE THRASHER GROUP, INC. ) | |
| ) | |
|     Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAN RYAN BUILDERS WEST VIRGINIA, ) | |
| LLC (f/k/a Dan Ryan Builders, Inc.) ) | |
| ) | |
|     Third-Party Defendant. ) | |

## **O R D E R**

On February 6, 2018, the court conducted a pretrial conference in the above-referenced adversary proceeding. Upon consideration of the representations of the parties and for reasons fully stated on the record, the court does hereby

**ORDER** that the parties shall confer by any reasonable means to discuss whether and, if so, what type of mediation (i.e., court sponsored or private) is desired and, in light thereof, to determine whether any scheduling deadlines should be changed. In the meantime, the dispositive motions deadline currently in effect will remain so. It is further

**ORDERED** that a telephonic pretrial conference to receive the report of the parties regarding mediation is scheduled for <u>February 13, 2018, at 9:00 a.m.</u>  To participate in the conference parties are instructed to dial (877)848-7030 and provide access code 6500181 when prompted to do so.